THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALGERNON LEE v. BOARD OF ALDERMEN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.